UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:19CR002(1)TMR |
| | : |
| **Plaintiff,** | : **ORDER** |
| | : |
| v. | : |
| | : |
| **THOMAS MEAD,** | : |
| | : |
| **Defendant.** | : |

## ORDER

On or about August 12, 2019, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss the indictment in this matter as to defendant Thomas Mead only. The Court hereby GRANTS this motion and dismisses the indictment against Thomas Mead only.

| | |
|---|---|
| 8/13/19 | *s/Thomas M. Rose* |
| DATE | HONORABLE THOMAS M. ROSE |
| | UNITED STATES DISTRICT COURT JUDGE |

1